```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION


CORY BRANNON,


                     Plaintiff,
v.                                    Case No. 3:06-cv-94-J-33HTS


JACKSONVILLE TRANSPORTATION
AUTHORITY,


                     Defendant.
_____/
```

**ORDER**

This cause comes before the Court <u>sua</u> <u>sponte</u>.  In an Order issued on May 8, 2006, this Court dismissed Plaintiff's complaint without prejudice, noting that "no amount of leniency would make Plaintiff's Complaint sufficient, even under the minimal standards of notice pleading." (Doc. # 14 at 2).  This Court's May 8, 2006 Order afforded Plaintiff eleven days in which to "submit an amended complaint that complies with the pleading requirements of the Federal Rules of Civil Procedure." (Doc. # 14 at 3).  The time for Plaintiff to file an amended complaint has elapsed, and as of the date of this Order, Plaintiff has failed to file an amended

complaint. Therefore, the clerk is directed to enter judgment and close the file.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The clerk is directed to enter judgment and close this case.

**DONE** and **ORDERED** in chambers in Jacksonville, Florida, this <u>7th</u> day of June, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

copes to:

All parties of record